THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA DOW, *et al.*, | CASE NO. C20-1320-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| COUNTY OF SNOHOMISH, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion to vacate entry of default against Defendant Everett City Policy Department (Dkt. No. 20). Finding good cause, Plaintiffs' motion (Dkt No. 20) is GRANTED. The Clerk is DIRECTED to VACATE the entry of default as to Everett City Police Department (Dkt. No. 19).

DATED this 16th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1320-JCC
PAGE - 1