*The Honorable John C. Coughenour*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF ADAM CHRISTOPHER JENSEN, by the Personal Representative PAULA DOW; and PAULA DOW, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SNOHOMISH, a municipal corporation; SNOHOMISH COUNTY DEPUTY SHERIFF WILLIAM WESTSIK, and his marital community; SNOHOMISH COUNTY DEPUTY SHERIFF KEVIN PELLEBOER, and his marital community; SNOHOMISH COUNTY SHERIFF'S SERGEANT CHAD GWORDSKE, and his marital community; EVERETT CITY POLICE DEPARTMENT, a municipal corporation; "DOE(S) 1-100", employees of the COUNTY OF SNOHOMISH and/or EVERETT CITY POLICE DEPARTMENT; and "CORPORATION(S) XYZ 1-100,"<br><br>Defendants. | NO. C20-1320-JCC<br><br>STIPULATED MOTION AND *[PROPOSED]* ORDER TO FILE CONFIDENTIAL MATERIAL UNDER SEAL<br><br>**NOTE ON MOTION CALENDAR:**<br>Friday, March 26, 2021 |

The parties submit the following Stipulated Motion to File Confidential Material Under Seal pursuant to Fed. R. Civ. P. 26(c).

STIPULATED MOTION AND *[PROPOSED]* ORDER TO FILE CONFIDENTIAL MATERIAL UNDER SEAL   - 1
USDC #C20-1320-JCC

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

## I.   FACTS

Plaintiff has filed a civil rights lawsuit pursuant to 42 U.S.C. § 1983 in which she alleges, among other things, that on September 9, 2018 Snohomish County Defendants used excessive force against her son, resulting in his death. Dkt. 4. The Snohomish County Defendants acquired video footage of events just prior to, during and immediately following the incident in question.

The parties in this case have stipulated with respect to the confidentiality of many of the materials associated with this litigation, including this video footage, in a separate protective order approved by the Court on February 3, 2021. Dkt. 32. The video footage that is the subject of this motion is identified as Bates Nos. DOW 00027-30. Though Plaintiff has designated these videos as "Confidential," Snohomish County Defendants are in agreement with this designation. Snohomish County Defendants will shortly be filing a motion for partial summary judgment and seek to file a selection of the video clips in support of their motion under seal pursuant to the terms of the protective order, in the interest of preserving the confidential nature of this video footage and to prevent potential jurors from forming improper bias if they were to view this evidence before trial. The parties met and conferred on March 19, 2021 regarding filing these videos under seal and subsequently agreed to such a filing by stipulation.

## II.   ARGUMENT

Parties may seek to file a document under seal pursuant to Local Civil Rule 5(g). While there is a strong presumption of public access to the court's files, a document that a party has designated as "confidential" in discovery may be filed under seal in order to protect sensitive information. *See* LCR 5. In the instant case, the video Snohomish County Defendants seek to

STIPULATED MOTION AND *[PROPOSED]* ORDER TO
FILE CONFIDENTIAL MATERIAL UNDER SEAL  - 2
USDC #C20-1320-JCC

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

file in support of their motion contains both sensitive footage of the incident underlying Plaintiff's complaint and depictions of minors.

For the purpose of dispositive motions that require the video, the parties propose filing the video under seal with the Court for use in the dispositive motion or response to the dispositive motion by any other party to this action.

The parties have already stipulated with respect to possession and confidentiality of pertinent materials associated with this litigation, including these video clips, in a separate protective order entered into between all parties and approved by this court on February 3, 2021. Dkt. 32.  Filing the video clips identified as Bates Nos. DOW 00027-30, under seal with this Court provides continued privacy regarding the sensitive content of the clips while also making the clips available only to this Court and all parties to this action for viewing and use in future motions and proceedings, until trial.  The parties have agreed that the video clips that are the subject of this motion may be admissible at trial and specifically reserve the right to seek that they be unsealed and offered into evidence at trial.

### III.   CONCLUSION

The parties respectfully request that, in light of the sensitive nature of these video clips, County Defendants be allowed to file the video clips under seal, and subject to such protections as the Court deems appropriate.

DATED this __26th__ day of March, 2021.          DATED this __26th__ day of March, 2021

ADAM CORNELL                                      AKW LAW, P.C.
Snohomish County Prosecuting Attorney

By: _/s/ Katherine H. Bosch_                      By: ___/s/ Jordan T. Wada___
DEBORAH A. SEVERSON, WSBA #35603                  ADA K. WONG, WSBA #45936
KATHERINE H. BOSCH, WSBA #43122                   JORDAN T. WADA, WSBA #54937

STIPULATED MOTION AND *[PROPOSED]* ORDER TO
FILE CONFIDENTIAL MATERIAL UNDER SEAL  - 3
USDC #C20-1320-JCC

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

| | |
|---|---|
| ALEX J. WITENBERG, WSBA #50356<br>Deputy Prosecuting Attorneys<br>Snohomish County Prosecutors Office<br>3000 Rockefeller Ave., M/S 504<br>Everett, WA 98201-4046<br>Tel: (425) 388-6330  /  Fax: (425) 388-6333<br>deborah.severson@co.snohomish.wa.us<br>kbosch@snoco.org<br>alex.witenberg@co.snohomish.wa.us<br><br>*Attorney for Defendants Snohomish County, Westsik, Pelleboer, and Gwordske* | 6100 – 219th Street SW, Suite 480<br>Mountlake Terrace, WA  98043<br>Tel:  (206) 259-1259 / Fax: (855) 925-9529<br>ada@akw-law.com<br>jordan@akw-law.com<br><br>*Attorney for Plaintiff Paula Dow, individually and as Personal Representative for the Estate of Adam Christopher Jensen* |

DATED this  26th_  day of March, 2021.

CITY OF EVERETT

By:   __/s/ Ramsey E. Ramerman_____
RAMSEY E. RAMERMAN, WSBA #30423
Office of the City Attorney – City of Everett
2930 Wetmore Avenue, #10-C
Everett, WA  98201
Tel:  (425) 257-7000
rramerman@everettwa.gov

*Attorney for City of Everett Police Department*

## ORDER

The Stipulated Motion and Order to File Confidential Material Under Seal is GRANTED. Defendants shall file a copy of the confidential materials under seal with the clerk's office.

DATED this _____ day of _____, 2021.

_____
HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

STIPULATED MOTION AND *[PROPOSED]* ORDER TO
FILE CONFIDENTIAL MATERIAL UNDER SEAL   - 4
USDC #C20-1320-JCC

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney's Office, and that I caused to be delivered the foregoing document on the following parties by the methods indicated:

| | |
|---|---|
| Ada K. Wong<br>Jordan T. Wada<br>AKW LAW, P.C.<br>6100 - 219th St. SW, Suite 480<br>Mountlake Terrace, WA  98043<br>ada@akw-law.com<br>jordan@akw-law.com<br>paralegal@akw-law.com<br>*Co-Counsel for Plaintiff* | ☒ *E-Filed via CM/ECF*<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail, 1st Class<br>☐ Hand Delivery<br>☐ Messenger Service |
| Isabel S. Johnson<br>Law Office of Isabel S. Johnson, PLLC<br>748 Market Street, Suite #15<br>Tacoma, WA  98402<br>isabel@isjlaw.com<br>*Co-Counsel for Plaintiff* | ☒ *E-Filed via CM/ECF*<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail, 1st Class<br>☐ Hand Delivery<br>☐ Messenger Service |
| Ramsey E. Ramerman<br>Everett City Attorney's Office<br>2930 Wetmore Avenue, Suite 10-C<br>Everett, WA  98201<br>rramerman@everettwa.gov<br>cwiersma@everettwa.gov<br>*Attorney for City of Everett* | ☒ *E-Filed via CM/ECF*<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail, 1st Class<br>☐ Hand Delivery<br>☐ Messenger Service |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 26th day of March, 2021.

Cindy Ryden, Legal Assistant

STIPULATED MOTION AND *[PROPOSED]* ORDER TO
FILE CONFIDENTIAL MATERIAL UNDER SEAL  - 5
USDC #C20-1320-JCC

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333