THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTATE OF ADAM CHRISTOPHER JENSEN, by the Personal Representative Paula Dow, *et al.*,

Plaintiffs,

v.

COUNTY OF SNOHOMISH, *et al.*,

Defendants.

CASE NO. CV20-1320-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on County Defendants' motion to file an overlength reply brief (Dkt. No. 49). While the Court finds that additional pages are necessary, an additional ten pages is excessive. Accordingly, the motion is GRANTED in part and DENIED in part. County Defendants may file a brief in reply to Plaintiff's opposition brief (Dkt. No. 45) containing an additional five (5) pages over the normal twelve page limit, *i.e.*, a brief totaling seventeen pages.

//
//
//

DATED this 6th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk