THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF ADAM CHRISTOPHER JENSEN, by the Personal Representative PAULA DOW; and PAULA DOW, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SNOHOMISH, *et al.*,<br><br>Defendants. | CASE NO. C20-1320-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to compel (Dkt. No. 66). Defendants seek unredacted copies of Adam Jensen's Banner Health Behavioral Hospital records, (*id.* at 1), which Plaintiffs have refused to provide, asserting they contain a third party's private, sensitive, and confidential health information that has no bearing on the case, (Dkt. No. 73 at 3). Both parties are amenable to the Court's *in camera* review of the documents. (*See generally* Dkt. Nos. 66, 73.)

Accordingly, Plaintiffs are ORDERED to provide the Court with unredacted copies of the Banner Health Behavioral Hospital records, as described in Defendants' motion to compel (Dkt. No. 66), for purposes of *in camera* review, by July 26, 2021. To the extent Plaintiffs also intend

to object to Defendants' motion to compel production of unredacted copies of Adam Jensen's Columbia Valley Community Health records (Dkt. No. 70) on similar grounds, Plaintiffs must also provide copies of the Columbia Valley Community Health records on July 26, 2021 for *in camera* review.

Plaintiffs may submit copies of the documents for *in camera* review in hard copy form or via e-mail at coughenourorders@wawd.uscourts.gov. A cover page should be included with the documents clearly indicating that they are being submitted solely for purposes of *in camera* review and are not to be filed or entered into the Court's online case management and electronic case filing system, CM/ECF. The Clerk is DIRECTED to re-note Plaintiff's motion to compel (Dkt. No. 66) to July 26, 2021.

DATED this 16th day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk